# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>ROGELIO LUIS JUAN-JACOBO,<br><br>           Defendant. | Case No. 13-CR-03365-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

IT IS HEREBY ORDERED that the Information in the above-referenced case be dismissed, without prejudice, as to defendant ROGELIO LUIS JUAN-JACOBO.

IT IS FURTHER ORDERED that defendant ROGELIO LUIS JUAN-JACOBO be released from the custody of the United States Marshals Service and returned to the custody of the Department of Homeland Security.

SO ORDERED.

DATED: 10-3-13 , 2013.

HON. DANA M. SABRAW
United States District Court Judge